

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2015

No. 04-15-00299-CR

Louis Leo **CHRISTINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4887
Jefferson Moore, Judge Presiding

## O R D E R

On July 10, 2015, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record, stating that the appellant had failed to pay or make arrangements to pay the fee for preparing the reporter's record. On July 13, 2015, we ordered the appellant to provide written proof that the reporter's fee had been paid or that arrangements had been made to pay the reporter's fee. On July 23, 2015, the appellant notified this court in writing that the reporter's fee had been paid in full on July 15, 2015. On July 25, 2015, the court reporter confirmed receipt of this payment.

It is therefore ORDERED that the court reporter file the reporter's record in this appeal on or before **August 26, 2015**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court